# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN WELCH, an individual, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KND Development 55, LLC; and DOES 1 through 25,<br><br>　　　　Defendants. | Case No.: EDCV12-1073 TJH (VBKx)<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF entire case<br><br>[JS-6] |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ENTIRE CASE
EDCV12-1073 TJH (VBKx)

1  Pursuant to the Parties' Joint Stipulation for Dismissal With Prejudice of Entire
2  Case, filed on March 27, 2013, this entire case is **DISMISSED WITH PREJUDICE.**
3  **IT IS SO ORDERED.**
4
5  Dated: March 29, 2013
   
   *Terry J. Hatter, Jr.*
   
   HON. TERRY J. HATTER, JR.
6  United States District Court Judge