1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIN WELCH, an individual, and on behalf of other members of the general public similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KND Development 55, LLC; and DOES 1 through 25,<br><br>　　　　Defendants. | Case No.: EDCV12-1073 TJH (VBKx)<br><br>ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF entire case<br><br>[JS-6] |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH
PREJUDICE OF ENTIRE CASE
EDCV12-1073 TJH (VBKx)

1     Pursuant to the Parties' Joint Stipulation for Dismissal With Prejudice of Entire

2 Case, filed on March 27, 2013, this entire case is **DISMISSED WITH PREJUDICE.**

3 **IT IS SO ORDERED.**

4

5 Dated: March 29, 2013

                        HON. TERRY J. HATTER, JR.

6                         United States District Court Judge